# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00462-CR

### Ex parte Kelly Michael Leach

### FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2024CR0075, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Kelly Michael Leach seeks to appeal the trial court's denial of his pretrial application for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.072 § 8. The clerk's record does not contain the required trial-court certification of appellant's right of appeal, *see* Tex. R. App. P. 25.2(a), (d) (requiring record to include trial court's certification). The county clerk has informed this Court that it does not have a trial court certification in this case.

The Rules of Appellate Procedure require the trial court to "enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." *See id.* R. 25.2(a)(2). An order denying a pretrial application seeking habeas corpus relief is an appealable order. *See Ex parte Villanueva*, 252 S.W.3d 391, 397 (Tex. Crim. App. 2008) ("the appealability of an application for writ of habeas corpus filed under Article 11.072 following a disposition by the district court is controlled by Section 8 of Article 11.072");

*Ex parte Schmidt*, 109 S.W.3d 480, 481 (Tex Crim. App. 2003) (reaffirming that when trial court has jurisdiction to issue writ of habeas corpus, denial of relief can be appealed).

Therefore, we abate the appeal and order the trial court to prepare and file its certification of appellant's right of appeal from the order denying appellant's pretrial application for writ of habeas corpus as required by the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 25.2(a)(2), 44.4. The trial court shall order a supplemental clerk's record containing the trial court's certification to be filed with this Court no later than September 15, 2025. *See id.* R. 25.2(d), 34.5(c)(12).

It is ordered on August 14, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: August 14, 2025

Do Not Publish